UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILDEARTH GUARDIANS; WESTERN WATERSHEDS PROJECT; WILDERNESS WATCH; FRIENDS OF THE CLEARWATER, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants-Appellees, <br><br> STATE OF WYOMING; IDAHO FISH AND GAME COMMISSION, <br><br> Intervenor-Defendants-Appellees. | No. 23-35352 <br><br> D.C. No. 1:19-cv-00203-CWD District of Idaho, Boise <br><br> ORDER |

Before: BYBEE, FRIEDLAND, and MILLER, Circuit Judges.

In addition to being prepared to address whether the U.S. Forest Service's National Policy constituted agency action under the Endangered Species Act, the parties should be prepared to address (1) what criteria govern whether any new information that exists is sufficient to trigger a reconsultation duty, and (2) whether the information Plaintiffs rely on here satisfies those criteria.