UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILDEARTH GUARDIANS; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>        Defendants - Appellees,<br><br>STATE OF WYOMING and IDAHO FISH AND GAME COMMISSION,<br><br>        Intervenor-Defendants - Appellees. | No. 23-35352<br><br>D.C. No. 1:19-cv-00203-CWD<br>U.S. District Court for Idaho, Boise<br><br>**MANDATE** |

The judgment of this Court, entered June 18, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:

                                            MOLLY C. DWYER
                                            CLERK OF COURT